UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
BURLINGTON RETAIL, LLC,                          )
)          Case No. MC15-0085RSL
          Plaintiff/Judgment Creditor,     )
)
          v.                                              )
)          ORDER
WHOLESALE SPORTS USA, INC.,              )
)
          Defendant/Judgment Debtor,    )
)
          v.                                              )
)
U.S. BANK,                                              )
)
          Garnishee Defendant.               )
_____)

     This matter comes before the Court on plaintiff's application for writ of garnishment. Dkt. # 1. All future filings in this matter shall utilize the above caption.

     The Clerk of Court is directed to seal Dkt. # 1. The application and proposed writ contain unredacted personal data identifiers in violation of LCR 5.2(a). Because only limited identifying information need be included in or served with the writ (see RCW 6.27.080; RCW 6.27.100), plaintiff shall, within three days of the date of this Order, file an amended application and an amended writ that do not contain gratuitous personal data identifiers and are appropriately redacted. In addition, plaintiff shall either state the interest and garnishment costs related to this action or delete those entries from the amended documents.

ORDER

Dated this 24th day of July, 2015.

Robert S. Lasnik
United States District Judge

ORDER                                    -2-